UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-21058-ALTMAN

OMEGA SA,

    *Plaintiff*,

v.

THE INDIVIDUALS,
BUSINESS ENTITIES, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    *Defendants*.

_____/

### DEFAULT FINAL JUDGMENT AND PERMANENT INJUNCTION

Pursuant to Federal Rule of Civil Procedure 58(a) and our Order Granting the Plaintiff's Motion for Default Final Judgment, [ECF No. 29], the Court enters the below Default Final Judgment and Permanent Injunction as to the Plaintiff and as to all Defendants:

1. Judgment is entered in favor of the Plaintiff, and against the Defendants listed on the attached Schedule A (the "Defendants"), as follows:

    a. <u>Permanent Injunctive Relief</u>: The Defendants and their officers, directors, employees, agents, subsidiaries, distributors, attorneys, and all persons acting in concert and participation with the Defendants are hereby permanently restrained and enjoined from:

        i. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing and/or using the Plaintiff's trademarks, or confusingly similar trademarks, identified in Paragraph 15 of the Amended Complaint (the "Omega Marks") [ECF No. 17];

        ii. using the Omega Marks in connection with the sale of any unauthorized goods;

iii. using any logo, and/or layout which may be calculated to falsely advertise the services or products of the Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with the Plaintiff;

iv. falsely representing themselves as being connected with the Plaintiff, through sponsorship or association;

v. engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of the Defendants are in any way endorsed by, approved by, and/or associated with the Plaintiff;

vi. using any reproduction, counterfeit, copy, or colorable imitation of the Omega Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by the Defendants;

vii. affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by the Defendants as being those of the Plaintiff or in any way endorsed by the Plaintiff;

viii. otherwise unfairly competing with the Plaintiff;

ix. using the Omega Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms which are visible to a computer user or serves to direct computer searches to websites, Internet based e-commerce stores, seller identities or domain names registered by, owned, or operated by the Defendants; and

x. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

b. Additional Equitable Relief:

i. To give practical effect to the Permanent Injunction, upon the Plaintiff's request, the E-commerce Store Names identified on Schedule "A" hereto are hereby ordered to be immediately transferred by the corresponding Defendants, their assignees and/or successors in interest or title, and the Registrars to the Plaintiff's control. To the extent the current Registrars do not facilitate the transfer of the E-commerce Store Names to the Plaintiff's control within five (5) days of receipt of this Judgment, upon the Plaintiff's request, those corresponding Defendants and the top level domain (TLD) Registry for each of the E-commerce Store Names, or their administrators,

including backend registry operators or administrators, shall, within thirty (30) days, (i) change the Registrar of Record for the E-commerce Store Names to a Registrar of the Plaintiff's choosing, and that Registrar shall transfer the E-commerce Store Names to the Plaintiff, or (ii) place the E-commerce Store Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registries which link the E-commerce Store Names to the IP addresses where the associated websites are hosted;

ii. The Plaintiff may serve this injunction on the e-commerce store's registrars, and/or the privacy protection services for the E-commerce Store Names to disclose to the Plaintiff the true identities and contact information for the registrants of the E-commerce Store Names;

iii. The Plaintiff may serve this injunction on any Internet search engines or service provider referring or linking users to any Uniform Resource Locator ("URL") of the E-commerce Store Names, with a request that they permanently disable, deindex or delist all URLs of the E-commerce Store Names and/or permanently disable the references or links to all URLs of the E-commerce Store Names used by the Defendants to promote, offer for sale and/or sell goods bearing and/or using counterfeits and/or infringements of the Omega Marks, based upon the Defendants' unlawful activities being conducted via the E-commerce Store Names as a whole and via any specific URLs identified by the Plaintiff;

iv. The Plaintiff may serve this injunction on any e-mail service provider with a request that the service provider permanently suspend the e-mail addresses which are or have been used by the Defendants in connection with the Defendants' promotion, offering for sale, and/or sale of goods using counterfeits and/or infringements of the Omega Marks;

v. The Defendants, their agent(s) or assign(s), shall voluntarily assign all rights, title, and interest, to their E-commerce Store Name(s) to the Plaintiff and, if within five (5) days of receipt of this Order, the Defendants fail to make such an assignment, the Court shall order the act to be done by another person appointed by the Court at the Defendants' expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a);

vi. The Defendants, their agent(s) or assign(s), shall instruct in writing all search engines to permanently delist or deindex the E-commerce Store Name(s) and, if within five (5) days of receipt of this Order, the Defendants fail to make such a written instruction, the Court shall order the act to be done by another person appointed by the Court at the Defendants' expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a); and

vii. Upon the Plaintiff's request, the Defendants shall request, in writing, permanent termination of any messaging services, e-commerce store names, usernames, and social media accounts they own, operate, or control on any messaging service, e-commerce marketplace, and social media website.

c. <u>Statutory Damages pursuant to 15 U.S.C. § 1117(c)</u>: Award the Plaintiff damages of $1,000,000.00 against each Defendant, for which let execution issue, based upon the Court's finding that each Defendant infringed at least one (1) trademark on one (1) type of good. The Court considered both the willfulness of each Defendant's conduct and the deterrent value of the award imposed, and the awarded amount falls within the permissible statutory range under 15 U.S.C. § 1117(c).

d. Pursuant to 15 U.S.C. § 1116, 28 U.S.C. § 1651(a), The All Writs Act, Federal Rule of Civil Procedure 65, and the Court's inherent authority, upon the Plaintiff's request, the Defendants and any financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to PayPal, Inc. ("PayPal"), and their related companies and affiliates, are to immediately (within five (5) business days) identify, restrain, and surrender to the Plaintiff all funds, up to and including the total amount of judgment, in all financial accounts and/or sub-accounts used in connection with the E-commerce Store Names used by the Defendants presently or in the future, as well as any other related E-commerce Store Name(s) and account(s) of the same customer(s), and any other account(s) which transfer funds into the same financial institution account(s). Such financial accounts and/or sub-accounts shall remain restrained until such funds are surrendered to the Plaintiff in partial satisfaction of the monetary judgment entered herein. All financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms including but not limited to, PayPal, and their related companies and affiliates, shall provide to the Plaintiff at the time any funds are surrendered, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) the total funds released per Defendant to the Plaintiff.

e. Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

f. The bond posted by the Plaintiff in the amount of $10,000.00 is ordered to be released by the Clerk, along with any accrued interest.

g. The Court retains jurisdiction to enforce this Default Final Judgment and Permanent Injunction.

2. This case shall remain **CLOSED**.

5

**DONE AND ORDERED** in the Southern District of Florida on May 28, 2025.

_____

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

5

## SCHEDULE "A"
## DEFENDANTS BY NUMBER, E-COMMERCE STORE NAME,
## FINANCIAL ACCOUNT INFORMATION, AND MEANS OF CONTACT

| Def. No | Defendant / E-commerce Store Name | Merchant ID / Payment Account | Payee | Means of Contact Email and WhatsApp |
|---|---|---|---|---|
| 1 | elitetimepiecesusa.com | XF8JX56CLQ4W2 | | support@elitetimepiecesusa.com support@6188530.brevosend.com WhatsApp: +1 (479) 3852889 |
| | | EFRY2T6ZAVQMW | | |
| 1 | coolsar.com | J79H4KM6LZZ84 | | support@coolsar.com WhatsApp: 1 (479) 3852889 |
| 1 | doxsd.com | 7KWHCH8PYSKH2 | | support@doxsd.com WhatsApp: 1 (479) 3852889 |
| | | HGDZHJFMUKFEG | | |
| 1 | atinowatch.com | ZFVH3DZH2EV2J | | support@atinowatch.com |
| | | 3ELZJYM6QRGRQ | | |
| 1 | luxyswear.com | ZFVH3DZH2EV2J | | support@luxyswear.com WhatsApp: 1 (479) 3852889 WhatsApp: 14793852889 |
| | | C22KW6RKNRK64 | | |
| 1 | opulencewrist.com | XF8JX56CLQ4W2 | | support@opulencewrist.com support@6188530.brevosend.com WhatsApp: +1 (479) 3852889 WhatsApp: 14793852889 |
| | | EFRY2T6ZAVQMW | | |
| 1 | authentictimehub.com | EFRY2T6ZAVQMW | | support@authentictimehub.com |
| 2 | ksisx.shop | TVRR7LL3B9XEA | Hong Kong M&K Technology & Tradinglimited | watchbuybuy@outlook.com hibuynew@gmail.com WhatsApp: 12812360702; 17622611080 |
| 2 | euex.shop | 2ZUFV3JK8Z8JC | Sen Yue Trade Limited | watchbuybuy@outlook.com hibuynew@gmail.com WhatsApp: 12812360702; 17622611080 |
| | | 3AMZJVC87CY74 | Guoqi Trading Co., Limited | |
| | | 3RA3PR444BTDY | HK Xinyue Trading Co., Limited | |
| | | CHCDN2AFTE26S | HK Houyu Trading Limited | |
| | | TVRR7LL3B9XEA | Hong Kong M&K Technology & Tradinglimited | |

| | | W2HXY878SLV3S | Zhikang Limited | |
|---|---|---|---|---|
| | | Z3PJH9X3NGRXJ | Tung Ho Shing Taitrading Co.. Limited | |
| | | EG2PXB8AKBT6Q | Hong Kong Ideal Culture Limited | |
| 2 | kibux.site | 38WL7SQ4N9H26 | Kingdem Culture Industrial Investment (Hong Kong)Company Limited | ultramall@zohomail.com |
| | | 78DSD3BNVUY2Y | HK Fanlanoi Clothing Limited | |
| | | DPKQU7PDGXE7U | Haoyuan Home Furnishiing Co., Limited | |
| | | FPRLYDVL5Y6VY | Hong Kong Step Trading Co., Limited | |
| | | JVHPBY2J62WTE | Sino Explore Investment Limited | |
| | | W2HXY878SLV3S | Zhikang Limited | |
| 2 | bezs.shop | DPKQU7PDGXE7U | Haoyuan Home Furnishiing Co., Limited | ultramall@zohomail.com |
| | | Z3PJH9X3NGRXJ | Tung Ho Shing Taitrading Co.. Limited | |
| | | 7YUQTNJ8G4P7N | Xinyuan Ornaments Co.. Limited | |
| | | CHUHR5JWZADZC | Weinuo Clothing Limited | |
| | | E62QV2AG8JH3S | Hong Kong Xian Litong Trading Co.Limited | |
| | | KUWBAFX832SFY | HK Shiji Jiali Trading Limited | |
| | | PB8AQLX2JQVEC | Sanbao Jewelry Limited | |
| 2 | slrw.shop | DPKQU7PDGXE7U | Haoyuan Home Furnishiing Co., Limited | ultramall@zohomail.com |
| | | W2HXY878SLV3S | Zhikang Limited | |
| | | 78DSD3BNVUY2Y | HK Fanlanoi Clothing Limited | |
| | | R34R69PFFDG4G | Goodluck Jewelry Co.. Limmited | |

| 3 | aniwattey.shop | WR76DQM5YWGGS | wuyang store | |
|---|---|---|---|---|
| 4 | zenithluxys.com | EY6D9CE8EGD6J | | support@zenithluxy.com WhatsApp: (+1469) 587-0120 |
| 4 | luxurytick.com | JPBUGW5YVU24A | | support@luxurytick.com WhatsApp: (+1469) 587-0120 |
| 4 | atinolux.com | K7T5HRLFFR326 | | support@atinolux.com WhatsApp: (+1469) 587-0120 |
| 4 | relaxtee.com | JPBUGW5YVU24A 2SQZMXRUERKG6 | | contact@relaxtee.com WhatsApp: +1 (979)-279-8357 WhatsApp: 16313199432 |
| 5 | jobuly.com | 9QDAADBVHFM8A xmjihejihe@gmail.com | 山东超众阀门管件有限公司 厦门几何几何跨境电商有限公司 | jobulywatch@gmail.com WhatsApp: 18182575506 |
| 5 | bedliy.com | 9QDAADBVHFM8A | 山东超众阀门管件有限公司 | bedliyrole@outlook.com WhatsApp: 13462818224 |
| 6 | camillaluxury.shop | VBMDKUL3KEA3C | 广州狎集网络科技有限公司 | Wathcesvipcenter@hotmail.com WhatsApp: 12135565295 |
| 6 | jadeluxury.shop | customer@sideroper.com | | Wathcesvipcenter@hotmail.com WhatsApp: 12135691925 |
| 7 | chrono26.com | QDACM53V63EEA | Unlock your imagination | support@chrono26.com suppoprt@chrono26.com support@nuewatch.com |
| 8 | clonewatches.com | QPG9CFKC3EZYE | Master | support@clonewatches.com WhatsApp: 447410208835 |
| 9 | dennistoystore.com | QRS8SS2M3JMKA | | 473613@qq.com |
| 10 | dunekhing.com | WZTXG85P3BVBJ XXCGH5AV26SF8 | Moon Halo Limited 厦门玩物上治品牌设计有限公司 | support@roseliay.com WhatsApp: 8613652381765 |
| 10 | weistwatch.com | K6K9K7VZM923W | | support@roseliay.com WhatsApp: 12137919605 |
| 10 | kimmyis.com | EFSMSNLZY84N6 | | support@roseliay.com WhatsApp: 15109774882 |

| 10 | sunfdht.com | TDTCRQZXBYPS2 | Hong Kong Weixiaoyun Technology Co., Limited | support@roseliay.com<br><br>WhatsApp: 15109774882 |
|---|---|---|---|---|
| 10 | watcx.com | Y77R25GBVXVAA | Jinghe New Town Yufeisong Department Store | info@gregdy.com<br>1544593053@qq.com<br><br>WhatsApp: 15109774882; 8619835272209; 8613459507866 |
| | | jhdepartmentstore@163.com | | |
| | | 8E9CZSE24E4CC | Yongan Qianran Department Store | |
| | | qianrandepartment@163.com | | |
| 11 | gccista.shop | 7PLZRLUFWNN72 | Anhui Ningteng Trading Co., Ltd | gccista@outlook.com |
| 12 | gclvg.com | SLMPEN3CAFCZ4 | Shaanxi Benxin Chaojia Trading Co.,Ltd. | support@gclvg.com<br><br>WhatsApp: 447856199796 |
| 13 | getwatchpro.com | G9G82PVAFA6SA | Fashion is unlimited, beauty is unlimited | watcesgot@gmail.com<br><br>WhatsApp: 12812360778 |
| 13 | rallx.store | G9G82PVAFA6SA | Fashion is unlimited, beauty is unlimited | watcesgot@gmail.com<br>CortinasHanss@gmail.com<br><br>WhatsApp: 12812360778 |
| 14 | high-w.store | ASN8376P57HMS | OMG | nartofortest@gmail.com<br><br>WhatsApp: 14152258725 |
| 14 | top-swisstime.com | DPRD9DF7Z7CYE | fanjin | support@top-swisstime.com<br><br>WhatsApp: 14152258725; 15042363820 |
| 14 | clean-fac.shop | B5U67ALVXD9VA | Weijin | clean.factory.shop@gmail.com<br><br>WhatsApp: 16505078730 |
| 15 | hy-premium-watch.com | JT4N64HXEG6W4 | | huangmangman@outlook.com<br>support@hy-premium-watch.com<br><br>WhatsApp: 18153295760 |
| | | 2732188342@qq.com | | |
| 16 | idc022.com | 96FCHQ4WMZG2G | IDC022 | hitea777@outlook.com<br><br>WhatsApp: 8613926757799; 8618675426777 |
| 16 | idc077.com | FJDMD57VD95A4 | IDC SHOP | hitea777@outlook.com<br><br>WhatsApp: 8613926757799 |

| | | | | |
|---|---|---|---|---|
| 17 | luxnob.com | 2LRHW98MQKWT4 | 武平县梓靖日用品店 | support@luxnob.com<br>riversky@luxnob.com<br><br>WhatsApp: 447477483455; 447443756893 |
| | | 15505970418@163.com | | |
| 18 | luxtick.com | UT4MLXBV65NFQ | Timelesstunes records | support@luxtick.com<br><br>WhatsApp: 16232020012 |
| 19 | luxuriousluxurywardrobe.com | 7QWGQQ6X83MZG | | llwardrobe999@gmail.com<br><br>WhatsApp: 8613178848887 |
| 20 | luxurywatchessthlm.com | DNZ7JJB4Q2PXG | YoungSong (HongKong) Co., Limited | support@rrolxwatch.com<br>support@luxurywatchessthlm.com<br><br>WhatsApp: 46(0)86121088; 13213063327 |
| 21 | luxuwatchs.com | X9FA8RZRLWF4S | 旺达（广州）传媒科技有限公司 | sswisswatchesafter@gmail.com |
| 22 | luxyavia.com | 7Y4U6FNY7H2HG | | support@luxyavia.com |
| | | HGDZHJFMUKFEG | | |
| | | YVU84G3QQ5TGQ | | |
| 23 | menymoon.shop | 3K8FZNUZWDWXE | Waiyian Shop | |
| 24 | nic-watch.com | PJ3UVFT94E6MN | | nicwatch01@gmail.com<br><br>WhatsApp: 8618285839977 |
| 25 | ocga.store | YFWP5ZCRAB4DW | Hong Kong Changzhifeng Trading Co.,Limited | nicechicbuy@gmail.com<br>chicsgo@zohomail.com<br><br>WhatsApp: 18323325572; 4082078438; 12817772895 |
| 26 | panda188.store | HRH24FFTPLLXS | 嘉兴乾源贸易有限公司 | pandaluxurywatch@gmail.com<br><br>WhatsApp: 12132654084; 15107174505 |
| 27 | pdkicks.com | MU8VNGD7EMUMS | PD.Kicks.Co.Ltd | ceryslin2424@gmail.com<br>support@pdkicks.com<br><br>WhatsApp: 8615759912623 |
| 28 | premiumwatchs.com | 87UHSVH32337Q | Hevision Enterprises Pte. Ltd | service@luxuryswatchs.com<br>Support@premiumwatchs.com |
| 29 | sayhiiy.com | YG7C3GQBDSQ36 | 深圳市麦尔富电子商务有限公司 | sayhiiy01@outlook.com<br>anglebabemia@gmail.com |

| | | | | |
|---|---|---|---|---|
| 30 | treasurk.com | NPLSBT6RD7QAA | 海伦市慕薇诗美甲店 | gennapawelek@gmail.com 123456@gmail.com<br><br>WhatsApp: 85253381445 |
| 31 | trivorshop.com | GJY3SNFSSSWQ4 | randtime | watchvipservice@hotmail.com<br><br>WhatsApp: 8614739706838 |
| 31 | woratime.com | VLQPJU6SCLE7L | woratime | rtvipwatch@hotmail.com rtwatchservice@hotmail.com<br><br>WhatsApp: 8613229945610; 8617765281845 |
| | | CE22USGMFQYK6 | woratime | |
| 32 | vernaculars.shop | 9M47DCTGZK6N2 | Huzhou Ningdajia Trading Co., Ltd | enuertiom@outlook.com |
| 33 | warringtac.shop | 6EJK56MM5HWT4 | Busby Louise | jsjasmine04@gmail.com service@billuxury.com |
| 34 | watchwsr.com | PAPSD5P32WKBL | | higherwatch@outlook.com<br><br>WhatsApp: 8613587735699 |
| | | JKVH9XVQKJ858 | 丹阳市丹北镇王斌电子贸易商行（个体工商户） | |
| 35 | willy001.willyweb.shop | KU2S9PVJZSMQG | EMAYA—wcc | wzt952541276@gmail.com<br><br>WhatsApp: 8615170471004 |